IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-349-GCM-DCK

| | |
|---|---|
| AARON ZECKOSKI, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| ELSEVIER INC., RELX INC.; RELIX INC. EMPLOYEE BENEFITS, and SUPPLEMENTAL RELX INC. US SEVERANCE PLAN | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 5) filed by Mark W. Merritt, concerning Russell L. Hirschhorn on August 7, 2019. Russell L. Hirschhorn seeks to appear as counsel *pro hac vice* for Defendants Elsevier Inc.; Relx Inc.; Relx Inc. Employee Benefits Committee; and the Supplemental Relx Inc. US Severance Plan. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 5) is **GRANTED**. Russell L. Hirschhorn s hereby admitted *pro hac vice* to represent Defendants Elsevier Inc.; Relx Inc.; Relx Inc. Employee Benefits Committee; and the Supplemental Relx Inc. US Severance Plan

**SO ORDERED**.

Signed: August 8, 2019

David C. Keesler
United States Magistrate Judge