IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19CV349-GCM-DCK

| | |
|---|---|
| AARON ZECKOSKI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| ELSEVIER INC., RELX INC., ) | |
| SUPPLEMENTAL RELX INC. US ) | |
| SEVERANCE PLAN, RELX INC. ) | |
| EMPLOYEE BENEFITS COMMITTEE, ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court upon the Memorandum and Recommendation of United States Magistrate David C. Keesler, filed October 9, 2020. The parties were advised that pursuant to 28 U.S.C. § 636(b)(1)(C) and Rule 72 of the Federal Rules of Civil Procedure, written objections to the Memorandum and Recommendation must be filed within 14 days after service of the same. Despite two extensions of the objection deadline, no objections have been filed.

After an independent and thorough review of the magistrate's Memorandum, the court concludes that there is no clear error on the face of the record and the recommendation to deny Defendants' Motion to Dismiss the Complaint and in the Alternative for Summary Judgment is affirmed.

IT IS THEREFORE ORDERED that the Memorandum and Recommendation is hereby AFFIRMED.

Graham C. Mullen
United States District Judge