IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19CV349-GCM-DCK

| | |
|---|---|
| AARON ZECKOSKI, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ELSEVIER, INC., RELX INC., RELX ) <br> INC. EMPLOYEE BENEFITS ) <br> COMMITTEE, and SUPPLEMENTAL ) <br> RELX INC. US SEVERANCE PLAN, ) <br> ) <br> Defendants. ) <br> _____) | ORDER |

This matter is before the Court upon the Memorandum and Recommendation of United States Magistrate Judge David C. Keesler, filed September 29, 2021. The parties were advised that pursuant to 28 U.S.C. § 636(b)(1)(C), and Rule 72 of the Federal Rules of Civil Procedure, written objections to the memorandum and recommendation must be filed within 14 days after service of the memorandum. Plaintiff timely filed an objection, and Defendants timely filed a response.

Plaintiff's objections merely reiterate the same arguments made to the magistrate judge. Nevertheless, the Court conducted a *de novo* review of the memorandum and recommendation, the Plaintiff's objections thereto, and the Defendants' response to the objections. Based upon this *de novo* review, the Court concludes that the recommendation to grant the Defendants' Motion for Summary Judgment and deny the Plaintiff's Motion for Summary Judgment is correct and in accordance with law. The magistrate's findings and analysis are thorough and well-reasoned and this Court will therefore adopt the findings and conclusions of the magistrate and affirm the memorandum and recommendation.

IT IS THEREFORE ORDERED that the Defendants' Motion for Summary Judgment is hereby GRANTED, and the Plaintiff's Motion for Summary Judgment is hereby DENIED.

Graham C. Mullen
United States District Judge

Signed: November 15, 2021