# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Aaron Zeckoski**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:19-cv-00349-GCM-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Elsevier Inc. et al.**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 16, 2021 Order.

November 16, 2021

*Frank G. John*

Frank G. Johns, Clerk
United States District Court